## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DAVID M. HILGAR
REG. #17940-045                                                                                                PETITIONER

V.                                              2:08CV00134 JTR

T.C. OUTLAW, Warden,
FCI Forrest City                                                                                               RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1), is DENIED, and this habeas action is hereby DISMISSED, WITHOUT PREJUDICE.

Dated this 5th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE